**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Derrick Dewayne JARVIS,**
**Defendant–Appellant.**

No. 07–41060
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, Federal Defender's Office, Tyler, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Derrick Dewayne Jarvis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jarvis has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.